JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL N. B., | ) | CASE NO. CV 20-1033 AGR |
|         Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
|         Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: September 8, 2021

_____
ALICIA G. ROSENBERG
United States Magistrate Judge